**Dismissed and Opinion Filed November 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00136-CV

### JONATHAN LUCKETT, Appellant
### V.
### SHARMEATRICE LUCKETT, Appellee

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-12976**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated September 2, 2015, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. Thereafter, we granted appellant's motion to extend time to file his brief and ordered appellant's brief to be filed by October 21, 2015. To date, appellant has not filed his brief, requested an additional extension of time to file his brief, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

150136F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JONATHAN LUCKETT, Appellant

No. 05-15-00136-CV      V.

SHARMEATRICE LUCKETT, Appellee

On Appeal from the 302nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-14-12976.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SHARMEATRICE LUCKETT recover her costs of this appeal from appellant JONATHAN LUCKETT.

Judgment entered November 19, 2015.

–3–